SCPW-14-0000381

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

ANTHONY P. LOCRICCHIO, Petitioner,

vs.

THE OFFICE OF DISCIPLINARY COUNSEL, ACTING CHIEF DISCIPLINARY
COUNSEL CHARLENE M. NORRIS, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the January 26, 2014 petition for a writ of mandamus submitted by Petitioner attorney Anthony P. Locricchio, this court concludes nothing in the petition or the attached exhibits supports the conclusion that the Office of Disciplinary Counsel has violated a duty owed this court, or abused the discretion delegated to it by this court to investigate the allegations of misconduct lodged against the Petitioner. *See Breiner v. Sunderland*, 112 Haw. 60, 64-65, 143 P.3d 1262, 1266-67 (2006)*; In re Disciplinary Bd. of the Hawaiʻi*

*Supreme Court*, 91 Hawaiʻi 363, 368-71, 984 P.2d 688, 693-96 (1999); *Akinaka v. Disciplinary Bd. of the Hawaiʻi Supreme Court*, 91 Hawaiʻi 51, 57, 979 P.2d 1077, 1083 (1999).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, January 30, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

